# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re**
**CNL HOTELS & RESORTS, INC.**
**Securities Litigation**

              **Case No.  6:04-cv-1231-Orl-31KRS**

          **(Consolidated with Case No.  6:04-cv-1341-Orl-19JGG)**

_____

## ORDER

In light of the pending settlement, Defendants' Motion to Dismiss portions of the Consolidated Second Amended Class Action Complaint (Doc. 212) is hereby DENIED, without prejudice, as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 26, 2006.

                          GREGORY A. PRESNELL
                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party