# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re**
**CNL HOTELS & RESORTS, INC.**
**Securities Litigation**

              **Case No.  6:04-cv-1231-Orl-31KRS**
       **(Consolidated with Case No.  6:04-cv-1341-Orl-19JGG)**

_____

# ORDER

Upon review of this file *sua sponte*, it is

**ORDERED** that the Clerk shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 2, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE