**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re
**CNL HOTELS & RESORTS, INC.**
Securities Litigation

                                Case No.  6:04-cv-1231-Orl-31KRS

                                (Consolidated with Case No.  6:04-cv-1341-Orl-19JGG)

_____

**ORDER GRANTING LEAD PLAINTIFFS' MOTION SEEKING**
**APPROVAL OF PAYMENT OF INTERIM CLAIMS ADMINISTRATION**
**FEES AND EXPENSES**

Upon consideration of Lead Plaintiffs' Motion Seeking Approval of Payment of Interim Claims Administration Fees and Expenses (Doc. 270), and memorandum and Declaration of Nicholas E. Chimicles in support thereof, it is

**ORDERED** and **ADJUDGED** that:

1.      The firm of Complete Claim Solutions, Inc. ("CCS"), the claims administrator retained to disseminate the Class Notice and, if the Settlement was approved, to implement the Plan of Allocation ("Claims Administrator"), has invoiced and incurred fees and expenses in the amount of $340,855.58 as of July 28, 2006, evidenced by two invoices provided to Co-Lead Counsel in May and August 2006 (Exhs. C and D to Chimicles Decl.).

2.      Co-Lead Counsel was authorized to and did pay the May 2006 Invoice from the $250,000 deposited by defendants into the CNL Hotels' Settlement Fund Account pursuant to section III ¶ 6 of the Stipulation of Settlement.  (*See* Preliminary Approval Order at ¶16).

3. Co-Lead Counsel is hereby authorized to allocate the expenses evidenced by the May 2006 Invoice equally between the Proxy Class and Purchaser Class fee and expenses awards.

4. Co-Lead Counsel is hereby authorized to pay the August 2006 Invoice from the Court's fee and expenses award for the Proxy Claims Settlement ("Proxy claim Fee and Expense Award").

5. Co-Lead Counsel is hereby authorized to allocate the expenses evidenced by the August 2006 Invoice as follows: $124,524.22 to the Purchaser Class and $36,112.02 to the Proxy Class.

6. Co-Lead Counsel is hereby authorized to reimburse to the Proxy Claim Fee and Expense Award from the 2006 Cash Consideration[1] the $196,577.88 of Claims Administration fees and expenses attributable to Purchaser Claims but which fees and expenses had been advanced by the Proxy Claim Fee and Expense Award.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 31, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] The Stipulation sets forth that CNL Hotels will pay, or cause to be paid, a total of $35,000,000 for the benefit of the Purchaser Class, with the first payment of $3,700,000 to be made no later than January 15, 2007 ("2006 Cash Consideration").